# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO RUIZ,<br><br>        Plaintiff,<br><br>    v.<br><br>A. ENENMOH, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:10-cv-00961-OWW-SKO PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983<br><br>(Docs. 4 and 15)<br><br>ORDER COUNTING DISMISSAL AS A STRIKE UNDER 28 U.S.C. § 1915(G) |

      Plaintiff Ramiro Ruiz, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 17, 2010. On May 16, 2011, the Court dismissed Plaintiff's amended complaint with leave to amend within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). To date, Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth a claim upon which relief may be granted.

      Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief

///
///
///
///
///

1

may be granted under section 1983.  This dismissal SHALL count as a strike under 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

**Dated:   July 14, 2011**                             /s/ Oliver W. Wanger
                                                                   UNITED STATES DISTRICT JUDGE